# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| JOANN A. MUHAMMAD | § | Case No. 15-29264 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/26/2015 .   The undersigned trustee was appointed on 08/26/2015 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of              $              72,500.00

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 30,969.59 |
| Bank service fees | 183.59 |
| Other payments to creditors | 4,455.10 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 15,000.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]              $ | 21,891.72 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  09/09/2016  and the deadline for filing governmental claims was  09/09/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 5,502.34 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 5,502.34 , for a total compensation of $ 5,502.34 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/15/2016                          By:/s/Miriam R. Stein
                                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit A

| Case No: | 15-29264 | JSB | Judge: | Janet S. Baer | Trustee Name: | Miriam R. Stein |
| Case Name: | JOANN A. MUHAMMAD | | | | Date Filed (f) or Converted (c): | 08/26/2015 (f) |
| | | | | | 341(a) Meeting Date: | 10/14/2015 |
| For Period Ending: | 09/15/2016 | | | | Claims Bar Date: | 09/09/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  Void (u) | 0.00 | N/A | | 0.00 | FA |
| 2.  SAVINGS ACCOUNT - U.S. BANK | 2,000.00 | 0.00 | | 0.00 | FA |
| 3.  Void (u) | 0.00 | N/A | | 0.00 | FA |
| 4.  SECURITY DEPOSIT | 550.00 | 550.00 | | 0.00 | FA |
| 5.  HOUSEHOLD GOODS | 1,000.00 | 0.00 | | 0.00 | FA |
| 6.  BOOKS AND FAMILY PICTURES | 30.00 | 0.00 | | 0.00 | FA |
| 7.  PERSONAL USED CLOTHING | 300.00 | 0.00 | | 0.00 | FA |
| 8.  BICYCLE AND WEIGHTS | 100.00 | 0.00 | | 0.00 | FA |
| 9.  Void (u) | 0.00 | N/A | | 0.00 | FA |
| 10.  PENSION THROUGH EMPLOYER | 0.00 | 0.00 | | 0.00 | FA |
| 11.  SANITATION & COOKING LICENSE | 0.00 | 0.00 | | 0.00 | FA |
| 12.  Void (u) | 0.00 | N/A | | 0.00 | FA |
| 13.  PERSONAL INJURY LAWSUIT | Unknown | 0.00 | | 72,500.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $3,980.00 | $550.00 | | $72,500.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THE TRUSTEE IS INVESTIGATING A POSSIBLE PI CASE.
4/12/16 update - Trustee retained PI Counsel. Litigation progressing. In discovery.
5/25/16 update - Settlement reached for $72,500. PI counsel documenting, then Trustee will bring motion to approve.
7/3/16 UPDATE - SETTLEMENT APPROVED.

RE PROP #      13   --   PERSONAL INJURY LAWSUIT - DOG ATTACK. DEBTOR HAS RETAINED
                       COUNSEL.

Exhibit A

Initial Projected Date of Final Report (TFR): 12/31/2016        Current Projected Date of Final Report (TFR): 12/31/2016

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

## FORM 2

Exhibit B

Case No: 15-29264
Case Name: JOANN A. MUHAMMAD

Trustee Name: Miriam R. Stein
Bank Name: Associated Bank
Account Number/CD#: XXXXXX8739
Checking

Taxpayer ID No: XX-XXX3869
For Period Ending: 09/15/2016

Blanket Bond (per case limit):
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/01/16 | 13 | Allstate | payment for PI case | 1142-000 | $72,500.00 | | $72,500.00 |
| 06/22/16 | 101 | The Hopson Law Firm Attn: Douglas Hopson Esq. 115 South LaSalle Street, Suite 2600 Chicago, IL 60603 | Administrative PI Attorney Fees Paid per Court order | | | $26,194.19 | $46,305.81 |
| | | DOUGLAS HOPSON | ($24,166.66) | 3210-600 | | | |
| | | DOUGLAS HOPSON | ($2,027.53) | 3220-000 | | | |
| 06/22/16 | 102 | JOANN A. MUHAMMAD 10642 S. PRAIRIE, BSMT. CHICAGO, IL  60628 | Exemption from PI litigation Paid per Court order | 8100-002 | | $15,000.00 | $31,305.81 |
| 06/22/16 | 103 | Roseland Hospital | Medical Lien on PI Funds Paid per Court order | 4210-000 | | $1,871.16 | $29,434.65 |
| 06/22/16 | 104 | Tru-Victor Care Integrative Care & Wellness Center | Medical Lien on PI Funds | 4210-000 | | $1,495.00 | $27,939.65 |
| 06/22/16 | 105 | Illinois Dept of Healthcare and Family Services | Medical Lien on PI Funds | 4210-000 | | $1,088.94 | $26,850.71 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $98.65 | $26,752.06 |
| 07/28/16 | 106 | LAW OFFICES OF ZANE L. ZIELINSKI, P.C. 6336 NORTH CICERO AVE., SUITE 201 CHICAGO, IL  60646 | Professional Fees Approved by Court - Order dated 7/27/16 | | | $4,775.40 | $21,976.66 |
| | | Zane L. Zielinski | ($4,760.00) | 3210-000 | | | |
| | | Zane L. Zielinski | ($15.40) | 3220-000 | | | |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $51.89 | $21,924.77 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $33.05 | $21,891.72 |

Page Subtotals:                     $72,500.00        $50,608.28

Case 15-29264   Doc 42   Filed 09/22/16   Entered 09/22/16 09:17:17   Desc Main
Document      Page 6 of 13

Exhibit B

| | | |
|---|---|---|
| COLUMN TOTALS | $72,500.00 | $50,608.28 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $72,500.00 | $50,608.28 |
| Less: Payments to Debtors | $0.00 | $15,000.00 |
| Net | $72,500.00 | $35,608.28 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*              Page Subtotals:              $0.00          $0.00

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8739 - Checking | $72,500.00 | $35,608.28 | $21,891.72 |
| | $72,500.00 | $35,608.28 | $21,891.72 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $72,500.00 |
| Total Gross Receipts: | $72,500.00 |

Page Subtotals:                    $0.00          $0.00

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 15-29264

Debtor Name: JOANN A. MUHAMMAD

Claims Bar Date: 9/9/2016

Date: September 15, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 99 8100 | JOANN A. MOHAMMAD | Administrative | DEBTOR'S EXEMPTION | $0.00 | $15,000.00 | $15,000.00 |
| 100 2100 | Miriam R. Stein 30 South Wacker Drive Suite 2600 Chicago, IL 60606 | Administrative | | $0.00 | $5,502.34 | $5,502.34 |
| 100 3210 | DOUGLAS HOPSON HOPSON LAW FIRM P.C. | Administrative | SPECIAL COUNSEL FOR TRUSTEE IN PI CASE | $0.00 | $24,166.66 | $24,166.66 |
| 100 3210 | Zane L. Zielinski The Law Office of Zane L. Zielinski, P.C. 6336 N. Cicero Ave., Suite 201 Chicago, IL 60646 | Administrative | First and Final Fee Application | $0.00 | $4,760.00 | $4,760.00 |
| 100 3220 | DOUGLAS HOPSON HOPSON LAW FIRM P.C. | Administrative | SPECIAL COUNSEL FOR TRUSTEE IN PI CASE - EXPENSES | $0.00 | $2,027.53 | $2,027.53 |
| 100 3220 | Zane L. Zielinski The Law Office of Zane L. Zielinski, P.C. 6336 N. Cicero Ave., Suite 201 Chicago, IL 60646 | Administrative | First and Final Fee Application | $0.00 | $15.40 | $15.40 |
| 1 300 7100 | CITY OF CHICAGO DEPARTMENT REVENUE C/O ARNOLD SCOTT HARRIS P.C. 111 W JACKSON BLVD STE 600 CHICAGO, IL 60604 | Unsecured | WITHDRAWN - 9/5/14. | $0.00 | $2,509.20 | $0.00 |
| 2 300 7100 | QUANTUM3 GROUP LLC AS AGENT FOR MOMA FUNDING LLC PO BOX 788 KIRKLAND, WA 98083-0788 | Unsecured | | $0.00 | $223.67 | $223.67 |
| 3 300 7100 | QUANTUM3 GROUP LLC AS AGENT FOR MOMA FUNDING LLC PO BOX 788 KIRKLAND, WA 98083-0788 | Unsecured | | $0.00 | $534.34 | $534.34 |

Printed: September 15, 2016

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 15-29264                                                                    Date: September 15, 2016
Debtor Name: JOANN A. MUHAMMAD
Claims Bar Date: 9/9/2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 4<br>300<br>7100 | QUANTUM3 GROUP LLC AS<br>AGENT FOR<br>MOMA FUNDING LLC<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Unsecured | | $0.00 | $282.56 | $282.56 |
| 5<br>300<br>7100 | NAVIENT SOLUTIONS INC. ON<br>BEHALF OF<br>DEPARTMENT OF EDUCATION<br>SERVICES<br>P.O. BOX 740351<br>Atlanta, GA  30374-0351 | Unsecured | | $0.00 | $4,225.44 | $4,225.44 |
| 6<br>350<br>7200 | CITY OF CHICAGO<br>DEPARTMENT OF FINANCE<br>C/O ARNOLD SCOTT HARRIS<br>P.C.<br>111 W. JACKSON BLVD.<br>STE.600<br>CHICAGO IL. 60604 | Unsecured | | $0.00 | $1,120.40 | $1,120.40 |
| 400<br>4210 | ILLINOIS DEPARTMENT OF<br>HEALTHCARE | Secured | PURSUANT TO COURT ORDER - 6/14/16 | $0.00 | $1,088.94 | $1,088.94 |
| 400<br>4210 | ROSELAND HOSPITAL -<br>MEDICAL LIEN | Secured | PURSUANT TO COURT ORDER - 6/14/16 | $0.00 | $1,871.16 | $1,871.16 |
| 400<br>4210 | TRU-VICTOR CARE - MEDICAL<br>LIEN | Secured | PURSUANT TO COURT ORDER - 6/14/16 | $0.00 | $1,495.00 | $1,495.00 |
| | Case Totals | | | $0.00 | $64,822.64 | $62,313.44 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-29264
Case Name: JOANN A. MUHAMMAD
Trustee Name: Miriam R. Stein

Balance on hand                                                          $        21,891.72

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | ROSELAND HOSPITAL - MEDICAL LIEN | $ 1,871.16 | $ 1,871.16 | $ 1,871.16 | $ 0.00 |
| | TRU-VICTOR CARE - MEDICAL LIEN | $ 1,495.00 | $ 1,495.00 | $ 1,495.00 | $ 0.00 |
| | ILLINOIS DEPARTMENT OF HEALTHCARE | $ 1,088.94 | $ 1,088.94 | $ 1,088.94 | $ 0.00 |

Total to be paid to secured creditors                    $              0.00

Remaining Balance                                        $         21,891.72

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Miriam R. Stein | $ 5,502.34 | $ 0.00 | $ 5,502.34 |
| Attorney for Trustee Fees: DOUGLAS HOPSON | $ 24,166.66 | $ 24,166.66 | $ 0.00 |
| Attorney for Trustee Expenses: DOUGLAS HOPSON | $ 2,027.53 | $ 2,027.53 | $ 0.00 |
| Other: Zane L. Zielinski | $ 4,760.00 | $ 4,760.00 | $ 0.00 |
| Other: Zane L. Zielinski | $ 15.40 | $ 15.40 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses    $_____ 5,502.34

Remaining Balance    $_____ 16,389.38

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 5,266.01  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  100.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | CITY OF CHICAGO DEPARTMENT REVENUE | $ 0.00 | $ 0.00 | $ 0.00 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR | $ 223.67 | $ 0.00 | $ 223.67 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR | $ 534.34 | $ 0.00 | $ 534.34 |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR | $ 282.56 | $ 0.00 | $ 282.56 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | NAVIENT SOLUTIONS INC. ON BEHALF OF | $        4,225.44 | $          0.00 | $        4,225.44 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 5,266.01 |
| Remaining Balance | $ | 11,123.37 |

Tardily filed claims of general (unsecured) creditors totaling $ 1,120.40  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  100.0  percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | CITY OF CHICAGO DEPARTMENT OF FINANCE | $        1,120.40 | $          0.00 | $        1,120.40 |

| | | |
|---|---|---|
| Total to be paid to tardy general unsecured creditors | $ | 1,120.40 |
| Remaining Balance | $ | 10,002.97 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of  0.4 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 26.40 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 9,976.57 .