# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| JOANN A. MUHAMMAD | § | Case No. 15-29264 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Miriam R. Stein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 550.00
*(Without deducting any secured claims)*

Assets Exempt: 18,430.00

Total Distributions to Claimants:  10,867.91

Claims Discharged
Without Payment:  72,524.28

Total Expenses of Administration:  36,655.52

---

3) Total gross receipts of $ 72,500.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 24,976.57  (see **Exhibit 2**), yielded net receipts of $ 47,523.43  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 4,455.10 | $ 4,455.10 | $ 4,455.10 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 36,655.52 | 36,655.52 | 36,655.52 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 78,649.80 | 8,895.61 | 6,386.41 | 6,412.81 |
| **TOTAL DISBURSEMENTS** | $ 78,649.80 | $ 50,006.23 | $ 47,497.03 | $ 47,523.43 |

4)  This case was originally filed under chapter 7 on  08/26/2015 .  The case was pending for 17 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  01/06/2017                         By:/s/Miriam R. Stein

                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| PERSONAL INJURY LAWSUIT | 1142-000 | 72,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 72,500.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| MOHAMMAD, JOANN A. | Exemptions | 8100-002 | 15,000.00 |
| JOANN A. MUHAMMAD | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 9,976.57 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 24,976.57** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ILLINOIS DEPARTMENT OF HEALTHCARE | 4210-000 | NA | 1,088.94 | 1,088.94 | 1,088.94 |
| | ROSELAND HOSPITAL - MEDICAL LIEN | 4210-000 | NA | 1,871.16 | 1,871.16 | 1,871.16 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | TRU-VICTOR CARE - MEDICAL LIEN | 4210-000 | NA | 1,495.00 | 1,495.00 | 1,495.00 |
| TOTAL SECURED CLAIMS | | | $ NA | $ 4,455.10 | $ 4,455.10 | $ 4,455.10 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Miriam R. Stein | 2100-000 | NA | 5,502.34 | 5,502.34 | 5,502.34 |
| Associated Bank | 2600-000 | NA | 183.59 | 183.59 | 183.59 |
| DOUGLAS HOPSON | 3210-000 | NA | 24,166.66 | 24,166.66 | 24,166.66 |
| Zane L. Zielinski | 3210-000 | NA | 4,760.00 | 4,760.00 | 4,760.00 |
| DOUGLAS HOPSON | 3220-000 | NA | 2,027.53 | 2,027.53 | 2,027.53 |
| Zane L. Zielinski | 3220-000 | NA | 15.40 | 15.40 | 15.40 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 36,655.52 | $ 36,655.52 | $ 36,655.52 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advocate Healh Care Patient Financial Services P.O. Box 129 Lombard, IL 60148 | | 100.00 | NA | NA | 0.00 |
| | Advocate Healh Care Patient Financial Services P.O. Box 129 Lombard, IL 60148 | | 100.00 | NA | NA | 0.00 |
| | Advocate Health 21014 Network Place Chicago, IL 60673 | | 0.00 | NA | NA | 0.00 |
| | Advocate Health 21014 Network Place Chicago, IL 60673 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advocate Health Care 1357 W. 103rd Street Chicago, IL 60643 | | 1,000.00 | NA | NA | 0.00 |
| | Advocate Health Care FCU 4440 W. 95th St. Oaklawn, IL 60453 | | 0.00 | NA | NA | 0.00 |
| | Advocate Health Care FCU 4440 W. 95th St. Oaklawn, IL 60453 | | 0.00 | NA | NA | 0.00 |
| | Advocate Health Care P.O. Box 23860 Belleville, IL 62223 | | 0.00 | NA | NA | 0.00 |
| | Advocate Health Care P.O. Box 23860 Belleville, IL 62223 | | 0.00 | NA | NA | 0.00 |
| | Advocate Health PO Box 70173 Chicago, IL 60673 | | 0.00 | NA | NA | 0.00 |
| | Advocate Health PO Box 70173 Chicago, IL 60673 | | 0.00 | NA | NA | 0.00 |
| | Advocate Healthcare PO Box 4251 Carol Stream, IL 60197 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advocate Trinity Hospital 2320 E. 93rd Street Chicago, IL 60617 | | 4,000.00 | NA | NA | 0.00 |
| | Advocate Trinity Hospital PO Box 4253 Carol Stream, IL 60197 | | 0.00 | NA | NA | 0.00 |
| | Alliant Credit Union 11545 W. Trouhy Ave. Amf Ohare, IL 60666 | | 2,000.00 | NA | NA | 0.00 |
| | Alliant Credit Union 11545 W. Trouhy Ave. Amf Ohare, IL 60666 | | 2,000.00 | NA | NA | 0.00 |
| | Amazon 5251 Westheimer Houston, TX 77056 | | 800.00 | NA | NA | 0.00 |
| | Amazon 5251 Westheimer Houston, TX 77056 | | 800.00 | NA | NA | 0.00 |
| | AT&T U-verse P.O. Box 64794 Saint Paul, MN 55164 | | 0.00 | NA | NA | 0.00 |
| | ATT Uverse P.O.Box 5014 Carol Stream, IL 60197 | | 0.00 | NA | NA | 0.00 |
| | Cbe Group 1309 Technology Pkwy Cedar Falls, IA 50613 | | 967.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cbe Group 1309 Technology Pkwy Cedar Falls, IA 50613 | | 967.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 1,374.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 1,374.00 | NA | NA | 0.00 |
| | Citifinancial 6500 Irving Park Rd. Chicago, IL 60634-2454 | | 5,000.00 | NA | NA | 0.00 |
| | Citifinancial 6500 Irving Park Rd. Chicago, IL 60634-2454 | | 5,000.00 | NA | NA | 0.00 |
| | City of Chicago (Suspension/BootLis Arnold Scott Harris PC 111 W Jackson, #600 Chicago, IL 60604 | | 330.00 | NA | NA | 0.00 |
| | City of Chicago (Suspension/BootLis Arnold Scott Harris PC 111 W Jackson, #600 Chicago, IL 60604 | | 330.00 | NA | NA | 0.00 |
| | City of Chicago Bureau of Traffic Services 120 N Racine Ave., 2nd Fl Chicago, IL 60607-2010 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | City of Chicago Bureau of Traffic Services 120 N Racine Ave., 2nd Fl Chicago, IL 60607-2010 | | 0.00 | NA | NA | 0.00 |
| | City of Chicago Corporate Counsel 121 N. LaSalle Chicago, IL 60602 | | 0.00 | NA | NA | 0.00 |
| | City of Chicago Dep't of Administrative Hearings 740 N. Sedgewick Street Chicago, IL 60654 | | 0.00 | NA | NA | 0.00 |
| | City of Chicago Dept of Revenue P.O. Box 88292 Chicago, IL 60680-1292 | | 700.00 | NA | NA | 0.00 |
| | City of Evergreen 9418 S. Kedzie Evergreen Park, IL 60805 | | 200.00 | NA | NA | 0.00 |
| | City of Evergreen 9418 S. Kedzie Evergreen Park, IL 60805 | | 200.00 | NA | NA | 0.00 |
| | ComEd 3 Lincoln Center Attn: Bkcy Group-Claims Department Oakbrook Terrace, IL 60181 | | 600.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ComEd 3 Lincoln Center Attn: Bkcy Group-Claims Department Oakbrook Terrace, IL 60181 | | 600.00 | NA | NA | 0.00 |
| | Commonwealth Edison Attn: System Credit/BK Dept 3 Lincoln Center 4th Floor Oakbrook Terrace, IL 60181 | | 1,000.00 | NA | NA | 0.00 |
| | Commonwealth Edison Attn: System Credit/BK Dept 3 Lincoln Center 4th Floor Oakbrook Terrace, IL 60181 | | 1,000.00 | NA | NA | 0.00 |
| | Dept Of Ed/navient PO Box 9635 Wilkes Barre, PA 18773 | | 915.00 | NA | NA | 0.00 |
| | Dept Of Ed/navient PO Box 9635 Wilkes Barre, PA 18773 | | 3,133.00 | NA | NA | 0.00 |
| | Dept Of Ed/navient PO Box 9635 Wilkes Barre, PA 18773 | | 3,133.00 | NA | NA | 0.00 |
| | Dept Of Ed/navient PO Box 9635 Wilkes Barre, PA 18773 | | 915.00 | NA | NA | 0.00 |
| | Dept of Ed/Sallie Mae 11100 USA PKWY Fishers, IN 46037 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dept of Ed/Sallie Mae 11100 USA PKWY Fishers, IN 46037 | | 0.00 | NA | NA | 0.00 |
| | Dept of Ed/Sallie Mae 11100 USA PKWY Fishers, IN 46037 | | 0.00 | NA | NA | 0.00 |
| | Dept of Ed/Sallie Mae 11100 USA PKWY Fishers, IN 46037 | | 0.00 | NA | NA | 0.00 |
| | Dept Stores National Bank/Macys BK Processing PO Box 8053 Mason, OH 45040 | | 437.13 | NA | NA | 0.00 |
| | Dept Stores National Bank/Macys BK Processing PO Box 8053 Mason, OH 45040 | | 437.13 | NA | NA | 0.00 |
| | Dsnb Macys 9111 Duke Blvd Mason, OH 45040 | | 0.00 | NA | NA | 0.00 |
| | Dsnb Macys 9111 Duke Blvd Mason, OH 45040 | | 0.00 | NA | NA | 0.00 |
| | GECRB/JC Penny Attention: Bankruptcy Po Box 103104 Roswell, GA 30076 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GECRB/JC Penny Attention: Bankruptcy Po Box 103104 Roswell, GA 30076 | | 0.00 | NA | NA | 0.00 |
| | GECRB/JC Penny Attention: Bankruptcy Po Box 103104 Roswell, GA 30076 | | 0.00 | NA | NA | 0.00 |
| | GECRB/JC Penny Attention: Bankruptcy Po Box 103104 Roswell, GA 30076 | | 0.00 | NA | NA | 0.00 |
| | GECRB/Walmart Attn: Bankruptcy Po Box 103104 Roswell, GA 30076 | | 0.00 | NA | NA | 0.00 |
| | GECRB/Walmart Attn: Bankruptcy Po Box 103104 Roswell, GA 30076 | | 0.00 | NA | NA | 0.00 |
| | GECRB/Walmart Attn: Bankruptcy Po Box 103104 Roswell, GA 30076 | | 0.00 | NA | NA | 0.00 |
| | Macy's P.O. Box 29116 Shawnee Mission, KS 66201 | | 900.00 | NA | NA | 0.00 |
| | Macy's P.O. Box 29116 Shawnee Mission, KS 66201 | | 900.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Monterey Financial Svc Po Box 5199 Oceanside, CA 92052 | | 0.00 | NA | NA | 0.00 |
| | Monterey Financial Svc Po Box 5199 Oceanside, CA 92052 | | 0.00 | NA | NA | 0.00 |
| | Navient Solutions Inc. Dept. of Education Loan Services PO Box 9635 Wilkes Barre, PA 18773-9635 | | 4,025.52 | NA | NA | 0.00 |
| | Onemain Fi Po Box 499 Hanover, MD 21076 | | 3,926.00 | NA | NA | 0.00 |
| | Onemain Fi Po Box 499 Hanover, MD 21076 | | 3,926.00 | NA | NA | 0.00 |
| | Peoples Gas 130 E. Randolph Dr. Attn: Bankruptcy Dept. Chicago, IL 60601 | | 700.00 | NA | NA | 0.00 |
| | Peoples Gas 130 E. Randolph Dr. Attn: Bankruptcy Dept. Chicago, IL 60601 | | 700.00 | NA | NA | 0.00 |
| | Peoples Gas 130 E. Randolph Dr. Chicago, IL 60601 | | 1,500.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Peoples Gas 130 E. Randolph Dr. Chicago, IL 60601 | | 1,500.00 | NA | NA | 0.00 |
| | Peoples Gas Attn: BK Department 130 E. Randolph Dr Chicago, IL 60601 | | 0.00 | NA | NA | 0.00 |
| | Peoples Gas Attn: BK Department 130 E. Randolph Dr Chicago, IL 60601 | | 0.00 | NA | NA | 0.00 |
| | Peoples Gas Light & Coke Co. PO Box 9037 Addison, TX 75001 | | 0.00 | NA | NA | 0.00 |
| | Peoples Gas Light & Coke Co. PO Box 9037 Addison, TX 75001 | | 0.00 | NA | NA | 0.00 |
| | Peoples Gas Light & Coke Company 200 East Randolph Street Chicago, IL 60601 | | 779.68 | NA | NA | 0.00 |
| | Peoples Gas Light & Coke Company 200 East Randolph Street Chicago, IL 60601 | | 779.68 | NA | NA | 0.00 |
| | Quantum 3 Group LLC as agent for MOMA Funding LLC P.O.Box 788 Kirkland, WA 98083-0788 | | 223.67 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Quantum 3 Group LLC as agent for MOMA Funding LLC P.O.Box 788 Kirkland, WA 98083-0788 | | 223.67 | NA | NA | 0.00 |
| | Quantum 3 Group LLC as agent for MOMA Funding LLC P.O.Box 788 Kirkland, WA 98083-0788 | | 282.56 | NA | NA | 0.00 |
| | Quantum 3 Group LLC as agent for MOMA Funding LLC P.O.Box 788 Kirkland, WA 98083-0788 | | 282.56 | NA | NA | 0.00 |
| | Quantum 3 Group LLC as agent for MOMA Funding, LLC P.O.Box 788 Kirkland, WA 98083-0788 | | 534.34 | NA | NA | 0.00 |
| | Quantum 3 Group LLC as agent for MOMA Funding, LLC P.O.Box 788 Kirkland, WA 98083-0788 | | 534.34 | NA | NA | 0.00 |
| | Sallie Mae 11100 Usa Pkwy Fishers, IN 46037 | | 0.00 | NA | NA | 0.00 |
| | Sallie Mae 11100 Usa Pkwy Fishers, IN 46037 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sallie Mae 220 Laslev Ave Hanover TWP, PA 18706-1496 | | 5,000.00 | NA | NA | 0.00 |
| | Sallie Mae 220 Laslev Ave Hanover TWP, PA 18706-1496 | | 5,000.00 | NA | NA | 0.00 |
| | Secretary of State Safety & Financial 2701 S. Dirksen Parkway Springfield, IL 62723 | | 75.00 | NA | NA | 0.00 |
| | Secretary of State Safety & Financial 2701 S. Dirksen Parkway Springfield, IL 62723 | | 75.00 | NA | NA | 0.00 |
| | Southwest Credit Syste 4120 International Parkway Suite 1100 Carrollton, TX 75007 | | 189.00 | NA | NA | 0.00 |
| | Southwest Credit Syste 4120 International Parkway Suite 1100 Carrollton, TX 75007 | | 189.00 | NA | NA | 0.00 |
| | Untd Air Ecu Alliant Credit Union/Attn: LPR Dept Po Box 66945 Chicago, IL 60666 | | 433.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Untd Air Ecu Alliant Credit Union/Attn: LPR Dept Po Box 66945 Chicago, IL 60666 | | 433.00 | NA | NA | 0.00 |
| 1 | CITY OF CHICAGO DEPARTMENT REVENUE | 7100-000 | 700.00 | 2,509.20 | 0.00 | 0.00 |
| 5 | NAVIENT SOLUTIONS INC. ON BEHALF OF | 7100-000 | 4,025.52 | 4,225.44 | 4,225.44 | 4,225.44 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 700.00 | 223.67 | 223.67 | 223.67 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 0.00 | 534.34 | 534.34 | 534.34 |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 700.00 | 282.56 | 282.56 | 282.56 |
| 6 | CITY OF CHICAGO DEPARTMENT OF FINANCE | 7200-000 | 0.00 | 1,120.40 | 1,120.40 | 1,120.40 |
| | CITY OF CHICAGO DEPARTMENT OF FINANCE | 7990-000 | NA | NA | NA | 4.63 |
| | NAVIENT SOLUTIONS INC. ON BEHALF OF | 7990-000 | NA | NA | NA | 17.47 |
| | QUANTUM3 GROUP LLC AS AGENT FOR | 7990-000 | NA | NA | NA | 4.30 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 78,649.80 | $ 8,895.61 | $ 6,386.41 | $ 6,412.81 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-29264 | JSB | Judge: | Janet S. Baer | Trustee Name: | Miriam R. Stein |
| Case Name: | JOANN A. MUHAMMAD | | | | Date Filed (f) or Converted (c): | 08/26/2015 (f) |
| | | | | | 341(a) Meeting Date: | 10/14/2015 |
| For Period Ending: | 01/06/2017 | | | | Claims Bar Date: | 09/09/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  Void (u) | 0.00 | N/A | | 0.00 | FA |
| 2.  SAVINGS ACCOUNT - U.S. BANK | 2,000.00 | 0.00 | | 0.00 | FA |
| 3.  Void (u) | 0.00 | N/A | | 0.00 | FA |
| 4.  SECURITY DEPOSIT | 550.00 | 550.00 | | 0.00 | FA |
| 5.  HOUSEHOLD GOODS | 1,000.00 | 0.00 | | 0.00 | FA |
| 6.  BOOKS AND FAMILY PICTURES | 30.00 | 0.00 | | 0.00 | FA |
| 7.  PERSONAL USED CLOTHING | 300.00 | 0.00 | | 0.00 | FA |
| 8.  BICYCLE AND WEIGHTS | 100.00 | 0.00 | | 0.00 | FA |
| 9.  Void (u) | 0.00 | N/A | | 0.00 | FA |
| 10.  PENSION THROUGH EMPLOYER | 0.00 | 0.00 | | 0.00 | FA |
| 11.  SANITATION & COOKING LICENSE | 0.00 | 0.00 | | 0.00 | FA |
| 12.  Void (u) | 0.00 | N/A | | 0.00 | FA |
| 13.  PERSONAL INJURY LAWSUIT | Unknown | 0.00 | | 72,500.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $3,980.00 | $550.00 | | $72,500.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THE TRUSTEE HAS SUBMITTED A TDR FOR REVIEW AND APPROVAL.


RE PROP #        13   --   PERSONAL INJURY LAWSUIT - DOG ATTACK.  DEBTOR HAS RETAINED
                        COUNSEL.

Exhibit 8

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | Exhibit 9 |
|---|---|---|---|---|---|---|
| Case No: 15-29264 | | | | Trustee Name: Miriam R. Stein | | |
| Case Name: JOANN A. MUHAMMAD | | | | Bank Name: Associated Bank | | |
| | | | | Account Number/CD#: XXXXXX8739 | | |
| | | | | Checking | | |
| Taxpayer ID No: XX-XXX3869 | | | | Blanket Bond (per case limit): | | |
| For Period Ending: 01/06/2017 | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/01/16 | 13 | Allstate | payment for PI case | 1142-000 | $72,500.00 | | $72,500.00 |
| 06/22/16 | 101 | The Hopson Law Firm<br>Attn: Douglas Hopson Esq.<br>115 South LaSalle Street, Suite 2600<br>Chicago, IL 60603 | Administrative PI Attorney Fees<br><br>Paid per Court order | | | $26,194.19 | $46,305.81 |
| | | DOUGLAS HOPSON                    ($24,166.66) | | 3210-600 | | | |
| | | DOUGLAS HOPSON                    ($2,027.53) | | 3220-000 | | | |
| 06/22/16 | 102 | JOANN A. MUHAMMAD<br>10642 S. PRAIRIE, BSMT.<br>CHICAGO, IL  60628 | Exemption from PI litigation<br>Paid per Court order | 8100-002 | | $15,000.00 | $31,305.81 |
| 06/22/16 | 103 | Roseland Hospital | Medical Lien on PI Funds<br>Paid per Court order | 4210-000 | | $1,871.16 | $29,434.65 |
| 06/22/16 | 104 | Tru-Victor Care Integrative Care &<br>Wellness Center | Medical Lien on PI Funds | 4210-000 | | $1,495.00 | $27,939.65 |
| 06/22/16 | 105 | Illinois Dept of Healthcare and Family<br>Services | Medical Lien on PI Funds | 4210-000 | | $1,088.94 | $26,850.71 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11<br>U.S.C. § 330(a)(1)(B), 503(b)<br>(1), and 507(a)(2) | 2600-000 | | $98.65 | $26,752.06 |
| 07/28/16 | 106 | LAW OFFICES OF ZANE L. ZIELINSKI,<br>P.C.<br>6336 NORTH CICERO AVE., SUITE 201<br>CHICAGO, IL  60646 | Professional Fees Approved by<br>Court - Order dated 7/27/16 | | | $4,775.40 | $21,976.66 |
| | | Zane L. Zielinski                    ($4,760.00) | | 3210-000 | | | |
| | | Zane L. Zielinski                    ($15.40) | | 3220-000 | | | |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11<br>U.S.C. § 330(a)(1)(B), 503(b)<br>(1), and 507(a)(2) | 2600-000 | | $51.89 | $21,924.77 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11<br>U.S.C. § 330(a)(1)(B), 503(b)<br>(1), and 507(a)(2) | 2600-000 | | $33.05 | $21,891.72 |

| | | | Page Subtotals: | | $72,500.00 | $50,608.28 | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: 15-29264 | | Trustee Name: Miriam R. Stein |
| Case Name: JOANN A. MUHAMMAD | | Bank Name: Associated Bank |
| | | Account Number/CD#: XXXXXX8739 |
| | | Checking |
| Taxpayer ID No: XX-XXX3869 | | Blanket Bond (per case limit): |
| For Period Ending: 01/06/2017 | | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/02/16 | 107 | Miriam R. Stein<br>30 South Wacker Drive<br>Suite 2600<br>Chicago, IL 60606 | Final distribution representing a payment of 100.00 % per court order. | | 2100-000 | | $5,502.34 | $16,389.38 |
| 11/02/16 | 108 | QUANTUM3 GROUP LLC AS AGENT FOR<br>MOMA FUNDING LLC<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Distribution | | | | $1,044.87 | $15,344.51 |
| | | | | ($4.30) | 7990-000 | | | |
| | | QUANTUM3 GROUP LLC AS AGENT FOR | Final distribution to claim 2 representing a payment of 100.00 % per court order. | ($223.67) | 7100-000 | | | |
| | | QUANTUM3 GROUP LLC AS AGENT FOR | Final distribution to claim 3 representing a payment of 100.00 % per court order. | ($534.34) | 7100-000 | | | |
| | | QUANTUM3 GROUP LLC AS AGENT FOR | Final distribution to claim 4 representing a payment of 100.00 % per court order. | ($282.56) | 7100-000 | | | |
| 11/02/16 | 109 | NAVIENT SOLUTIONS INC. ON BEHALF OF<br>DEPARTMENT OF EDUCATION SERVICES<br>P.O. BOX 740351<br>Atlanta, GA 30374-0351 | Final distribution to claim 5 representing a payment of 100.00 % per court order. | | | | $4,242.91 | $11,101.60 |
| | | | | ($17.47) | 7990-000 | | | |
| | | NAVIENT SOLUTIONS INC. ON BEHALF OF | Final distribution to claim 5 representing a payment of 100.00 % per court order. | ($4,225.44) | 7100-000 | | | |
| 11/02/16 | 110 | CITY OF CHICAGO DEPARTMENT OF FINANCE<br>C/O ARNOLD SCOTT HARRIS P.C.<br>111 W. JACKSON BLVD. STE.600<br>CHICAGO IL. 60604 | Final distribution to claim 6 representing a payment of 100.00 % per court order. | | | | $1,125.03 | $9,976.57 |
| | | | | ($4.63) | 7990-000 | | | |

| | | | Page Subtotals: | | | $0.00 | $11,915.15 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 22)*

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 15-29264 | | Trustee Name: | Miriam R. Stein |
| Case Name: | JOANN A. MUHAMMAD | | Bank Name: | Associated Bank |
| | | | Account Number/CD#: | XXXXXX8739 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX3869 | | Blanket Bond (per case limit): | |
| For Period Ending: | 01/06/2017 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | CITY OF CHICAGO DEPARTMENT OF FINANCE | Final distribution to claim 6 representing a payment of 100.00 % per court order. | ($1,120.40) | 7200-000 | | | |
| 11/02/16 | 111 | JOANN A. MUHAMMAD 10642 S. PRAIRIE, BSMT. CHICAGO, IL 60628 | Distribution of surplus funds to debtor. | | 8200-002 | | $9,976.57 | $0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | $72,500.00 | $72,500.00 |
| Less: Bank Transfers/CD's | | $0.00 | $0.00 |
| Subtotal | | $72,500.00 | $72,500.00 |
| Less: Payments to Debtors | | $0.00 | $24,976.57 |
| Net | | $72,500.00 | $47,523.43 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $9,976.57 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8739 - Checking | $72,500.00 | $47,523.43 | $0.00 |
| | $72,500.00 | $47,523.43 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $72,500.00 |
| Total Gross Receipts: | $72,500.00 |